UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number 07-24501 GMB

Debtor: Joseph M. Rhodes, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1679633 | American Home Mortgage | 1,411.20 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 14, 2010